**COLE SCHOTZ P.C.**
Michael D. Sirota
Rebecca Hollander
1325 Avenue of the Americas,
19th Floor
New York, New York 10019
(212) 752-8000
(212) 752-8393 Fax

*Counsel for the Paulette Cole*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Amma421, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 21-11333 (DSJ) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF
PAPERS BY MICHAEL D. SIROTA, ESQ. ON BEHALF OF
PAULETTE COLE**

  **PLEASE TAKE NOTICE** that the Paulette Cole ( "Ms. Cole"), hereby appears in the above-captioned cases through its counsel Cole Schotz P.C. pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), and requests that all notices given or required to be given and all papers served in this case be delivered to and served upon the counsel identified below at the following address:

---

[1]   The Debtor in these Chapter 11 case(s), along with the last four digits of Debtor's federal tax identification number is (5572). The location of the Debtor's corporate headquarters is 888 Broadway, New York, NY 10003.

**COLE SCHOTZ P.C.**
Michael D. Sirota
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
msirota@coleschotz.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, requests, suggestions, complaint with demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which may affect or seek to affect in any way the rights and interests of the creditors with respect to the Debtor's or property or proceeds thereof in which the Debtor's or Creditor may claim an interest, including any adversary proceedings filed in this matter.

[remainder of page left intentionally blank]

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance, and any subsequent appearance, pleading, claim, or suit, is not intended, nor shall be deemed, to waive Ms. Cole's: (i) right to have final orders in non-core matters entered only after de novo review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court Judge in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Ms. Cole is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: July 22, 2021

                                                **COLE SCHOTZ P.C.**

By:    */s/ Michael D. Sirota*
        Michael D. Sirota
        1325 Avenue of the Americas, 19th Floor
        New York, NY 10019
        Telephone: (212) 752-8000
        Facsimile: (212) 752-8393
        msirota@coleschotz.com

        *Counsel for Paulette Cole*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 22nd day of July, 2021, a copy of the foregoing Notice of Appearance and Request for Service of Papers was sent electronically to all parties who have requested electronic filings via the Bankruptcy Court's CM/ECF system, including the following parties:

>Tracy L. Klestadt, Esq.
>Klestadt Winters Jureller Southard
>& Stevens, LLP
>200 West 41st Street, 17th Floor
>New York, NY 10036
>tklestadt@klestadt.com
>*Counsel to Debtor*
>
>Office of the United States Trustee
>U.S. Federal Office Building
>201 Varick Street, Room 1006
>New York, NY 10014
>USTPRegion02.NYECF@USDOJ.GOV

Dated: July 22, 2021                              */s/ Michael D. Sirota*
                                                              Michael D. Sirota