# Notice Recipients

District/Off: 0208−1 | User: Admin | Date Created: 8/5/2021
Case: 21−11333−dsj | Form ID: 309F1 | Total: 37

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Paulette Cole
7859504     UNITED STATES TRUSTEE'S OFFICE REGION 2

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Amma421, LLC       888 Broadway       New York, NY 10003
ust         United States Trustee       Office of the United States Trustee       U.S. Federal Office Building       201 Varick Street, Room 1006       New York, NY 10014
aty         Michael D. Sirota       Cole Schotz P.C.       1325 Avenue of the Americas       19th Floor       New York, NY 10019−6079
aty         Rebecca W. Hollander       Cole Schotz P.C.       1325 Avenue of the Americas       19th Floor       New York, NY 10019
aty         Tracy L. Klestadt       Klestadt Winters Jureller Southard & Ste       200 West 41st Street       17th Floor       New York, NY 10036−7203
smg         New York State Tax Commission       Bankruptcy/Special Procedures Section       P.O. Box 5300       Albany, NY 12205−0300
smg         United States Attorney's Office       Southern District of New York       Attention: Tax & Bankruptcy Unit       86 Chambers Street, Third Floor       New York, NY 10007
smg         Internal Revenue Service       PO Box 7346       Philadelphia, PA 19101−7346
smg         N.Y. State Unemployment Insurance Fund       P.O. Box 551       Albany, NY 12201−0551
smg         New York City Dept. Of Finance       Office of Legal Affairs       375 Pearl Street, 30th Floor       New York, NY 10038
7859487     880 BROADWAY OWNER, LLC       C/O COLUMBIA PROPERTY TRUST       315 PARK AVE. SOUTH       NEW YORK, NY 10010
7859488     880 BROADWAY OWNER, LLC       C/O NORMANDY REAL ESTATE PARTNERS       53 MAPLE AVE.       MORRISTOWN, NJ 07960
7859489     880 BROADWAY TENANT, LLC       C/O COLUMBIA PROPERTY TRUST       315 PARK AVE. SOUTH       NEW YORK, NY 10019
7859490     880 BROADWAY TENANT, LLC       C/O NORMANDY REAL ESTATE PARTNERS       53 MAPLE AVE.       MORRISTOWN, NJ 07960
7859491     A.B.C. CARPET CO., INC.       888 BROADWAY       NEW YORK, NY 10003
7859492     A.B.C. HOME FURNISHINGS, INC.       888 BROADWAY       NEW YORK, NY 10003
7859446     Ad Hoc DIP Lender Group       c/o Davis Polk & Wardwell LLP       450 Lexington Avenue       New York, New York 10017       Attn: Damian S. Schaible, Esq.
7859449     Ad Hoc DIP Lender Group       c/o Davis Polk & Wardwell LLP       450 Lexington Avenue       New York, New York 10017       Attn: Jonah A. Peppiatt, Esq.
7859447     Ad Hoc DIP Lender Group       c/o Davis Polk & Wardwell LLP       450 Lexington Avenue       New York, New York 10017       Attn: Natasha Tsiouris, Esq.
7858956     COLE SCHOTZ P.C.       Michael D. Sirota       1325 Avenue of the Americas, 19th Fl       New York, NY 10019
7858957     COLE SCHOTZ P.C.       Rebecca Hollander       1325 Avenue of the Americas, 19th Fl       New York, NY 10019
7859493     COLUMBIA PROPERTY TRUST       315 PARK AVENUE SOUTH       NEW YORK, NY 10010
7859494     FRIED, FRANK,HARRIS, SHRIVER & JACOBSON       ONE NEW YORK PLAZA       NEW YORK, NY 10004
7859495     INTERNAL REVENUE SERVICE       CENTRALIZED INSOLVENCY OPERATIONS       P.O. BOX 7346       PHILADELPHIA, PA 19101
7859496     KASOWITZ BENSON TORRES LLP       ATTN: ALBERT SHEMMY MISHAAN       1633 BROADWAY       NEW YORK, NY 10019
7859497     LOEB & LOEB LLP       345 PARK AVE.       ATTN: RAYMOND A. SANSEVERINO       NEW YORK, NY 10154
7859498     MORRISON COHEN LLP       909 THIRD AVE.       NEW YORK, NY 10020
7859499     NYC DEPT. OF FINANCE       OFFICE OF LEGAL AFFAIRS       375 PEARL STREET, 30TH FL.       NEW YORK, NY 10038
7859500     NYS DEPARTMENT OF TAX & FINANCE       BANKRUPTCY SECTION       P.O. BOX 5300       ALBANY, NY 12205
7859501     PACHAMAMA21, LLC       888 BROADWAY       NEW YORK, NY 10003
7859430     Paulette Cole       c/o COLE SCHOTZ P.C.       1325 Avenue of the Americas, 19th Floor       New York, NY 10019       Attn: Michael D. Sirota, Esq.
7859432     Paulette Cole       c/o COLE SCHOTZ P.C.       1325 Avenue of the Americas, 19th Floor       New York, NY 10019       Attn: Rebecca Hollander, Esq.
7859502     SOCIAL SECURITY ADMINISTRATION       REGIONAL CHIEF COUNSEL, REGION II       26 FEDERAL PLAZA, ROOM 3904       NEW YORK, NY 10278
7859505     U.S. FEDERAL OFFICE BUILDING       201 VARICK STREET, ROOM 1006       NEW YORK, NY 10014
7859503     U.S. SECURITIES AND EXCHANGE COMMISSION       NY REGIONAL OFFICE       200 VESEY STREET, SUITE 400       NEW YORK, NY 10281       UNITED STATES ATTORNEY'S OFFICE SDNY       ATTN: TAX & BANKRUPTCY UNIT

TOTAL: 35