# United States Bankruptcy Court
## Southern District of New York

In re  __Amma421, LLC__                                                                Case No.  __21-11333 (DSJ)__
                                       Debtor(s)                                        Chapter   __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Amma421, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Trevor East 19, LLC**
**c/o Corporation Trust Co.**
**1209 Orange St.**
**Wilmington, DE 19801**

☐ None [*Check if applicable*]

| | |
|---|---|
| **August 5, 2021** | /s/ Tracy L. Klestadt |
| Date | **Tracy L. Klestadt** |
| | Signature of Attorney or Litigant |
| | Counsel for  __Amma421, LLC__ |
| | **Klestadt Winters Jureller Southard & Stevens, LLP** |
| | **200 West 41st Street** |
| | **17th Floor** |
| | **New York, NY 10036-7203** |
| | **(212) 972-3000 Fax:(212) 972-2245** |
| | **tklestadt@klestadt.com** |