**Fill in this information to identify the case:**

Debtor name: **Amma421, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): **21-11333 (DSJ)**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor    **Current value of debtor's interest**

2. **Cash on hand**    $0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account number

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**    $0.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:    **1,499,278.00**    -    **0.00**    = ....    **$1,499,278.00**
    face amount            doubtful or uncollectible accounts

| Debtor | Amma421, LLC | Case number (If known) | 21-11333 (DSJ) |
|---|---|---|---|
| | Name | | |

| | 11a. 90 days old or less: | 1,359,303.12 | - | 0.00 | = .... | $1,359,303.12 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

| | 11a. 90 days old or less: | 957,270.16 | - | 0.00 | = .... | $957,270.16 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

12.  **Total of Part 3.**  $3,815,851.28

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| Debtor | Amma421, LLC | Case number (If known) | 21-11333 (DSJ) |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| | acreage, factory, warehouse, apartment or office building, if available. | | | | |
| 55.1. | **Debtor as Leasee for Unit Com B (the entire second floor) in The 880 Broadway Condominium located at 880,882,884,and 888 Broadway New York, New York.** | **Leaseholder** | **Unknown** | **N/A** | **Unknown** |
| 55.2. | **Debtor, as Subtenant, entered into Sublease for the portion of the sub-basement and entire lower level, ground floor, mezzanine and third, eight, ninth and tenth floors of 33-35 East 18th Street, New York, New York a/k/a 32-38 East 19th Street.** | **Subtenant** | **Unknown** | **N/A** | **Unknown** |

56.  **Total of Part 9.**    $0.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71.  **Notes receivable**
    Description (include name of obligor)

| Debtor | **Amma421, LLC** | Case number *(If known)* | **21-11333 (DSJ)** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**Scaffolding penalty setoff as against rent owed to creditors 880 Broadway Owner, LLC and 880 Brodway Tenant, LLC.**<br>**Nature of claim**<br>**Amount requested**            $782,000.00 | $782,000.00 |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $782,000.00 |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

| Debtor | Amma421, LLC | Case number (If known) | 21-11333 (DSJ) |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1 | $0.00 | |
| 81. | **Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |
| 82. | **Accounts receivable.** Copy line 12, Part 3. | $3,815,851.28 | |
| 83. | **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. | **Inventory.** Copy line 23, Part 5. | $0.00 | |
| 85. | **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| 88. | **Real property.** Copy line 56, Part 9.........................> | | $0.00 |
| 89. | **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. | **All other assets.** Copy line 78, Part 11. | + $782,000.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $4,597,851.28 + 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,597,851.28 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Amma421, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | 21-11333 (DSJ) |

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property         12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name: Amma421, LLC

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): 21-11333 (DSJ)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>880 Broadway Owner, LLC<br>c/o Columbia Property Trust<br>315 Park Ave. South<br>New York, NY 10010<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ☐ No ■ Yes | **Unknown** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>880 Broadway Tenant, LLC<br>c/o Columbia Property Trust<br>315 Park Ave. South<br>New York, NY 10010<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ☐ No ■ Yes | **Unknown** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>Attn: Lee Parks<br>New York, NY 10004<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$152,547.65** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Morrison Cohen LLP<br>909 Third Ave.<br>Attn: Danielle Lesser<br>New York, NY 10020<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$26,406.82** |

### Part 3: List Others to Be Notified About Unsecured Claims

| Debtor | Amma421, LLC | Case number (if known) | 21-11333 (DSJ) |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Kasowitz Benson Torres LLP**<br>**attn: Albert Shemmy Mishaan**<br>**1633 Broadway**<br>**New York, NY 10019** | Line  **3.1**<br>☐  Not listed. Explain ____ | _ |
| 4.2 | **Kasowitz Benson Torres LLP**<br>**attn: Albert Shemmy Mishaan**<br>**1633 Broadway**<br>**New York, NY 10019** | Line  **3.2**<br>☐  Not listed. Explain ____ | _ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 178,954.47 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $ | 178,954.47 |

**Fill in this information to identify the case:**

Debtor name: **Amma421, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): **21-11333 (DSJ)**

☐ Check if this is an amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor as Leasee for Unit Com B (the entire second floor) in The 880 Broadway Condominium located at 880,882,884,and 888 Broadway New York, New York.** | |
| | State the term remaining | | **880 Broadway Owner, LLC**<br>**c/o Normandy Real Estate Partners**<br>**53 Maple Ave.**<br>**Morristown, NJ 07960** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **880 Broadway Tenant, LLC, as Sublandlord and Debtor, as Subtenant, entered into Sublease for the portion of the sub-basement and entire lower level, ground floor, mezzanine and third, eight, ninth and tenth floors of 33-35 East 18th Street, New York, New York a/k/a 32-38 East 19th Street.** | |
| | State the term remaining | | **880 Broadway Tenant, LLC**<br>**c/o Normandy Real Estate Partners**<br>**53 Maple Ave.**<br>**Morristown, NJ 07960** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor as Sub-Sublandlord in Sub-Sublease for third floor of 33-35 East 18th Street, New York, New York a/k/a 32-38 East 19th Street.** | **A.B.C. Carpet Co., Inc.**<br>**888 Broadway**<br>**New York, NY 10003** |

| Debtor 1 | Amma421, LLC | | | Case number (if known) | 21-11333 (DSJ) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |  |
|---|---|---|---|
| | State the term remaining | 12/31/2021 | |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor as Sublandlord in Sublease for Unit Com B (the entire second floor) in The 880 Broadway Condominium located at 880,882,884,and 888 Broadway New York, New York** | |
|---|---|---|---|
| | State the term remaining | **12/31/2021** | **A.B.C. Carpet Co., Inc.**<br>**888 Broadway**<br>**New York, NY 10003** |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor as Sub-Sublandlord in Sub-Sublease agreement for the mezzanine, eighth floor, ninth floor and tenth floor at 33-35 East 18th Street, New York, New York a/k/a 32-38 East 19th Street.** | |
|---|---|---|---|
| | State the term remaining | **12/31/2021** | **A.B.C. Home Furnishings, Inc.**<br>**888 Broadway**<br>**New York, NY 10003** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor as Sub-Sublandord in Sub-Sublease for the basement and ground floor of 33-35 East 18th Street, New York, New York a/k/a 32-38 East 19th Street.** | |
|---|---|---|---|
| | State the term remaining | **2/28/2023** | **Pachamama21, LLC**<br>**888 Broadway**<br>**New York, NY 10003** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name: **Amma421, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): **21-11333 (DSJ)**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**    *Column 2:* **Creditor**

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | | City | State | Zip Code | | |
| 2.2 | | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | | City | State | Zip Code | | |
| 2.3 | | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | | City | State | Zip Code | | |
| 2.4 | | Street | | | | ☐ D  ☐ E/F  ☐ G |
| | | City | State | Zip Code | | |