## **EXHIBIT 3**

Pending or Threatened Actions

1. 880 Broadway Tenant, LLC and 880 Broadway Owner, LLC vs. Amma421, LLC, Supreme Court for the State of New York, New York County, Index No.: 654529/2021.