# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                          :     Chapter 11
                                                               :
AMMA421, LLC                                                   :     Case No. 21-11333 (DSJ)
                                                               :
                           Debtor.                             :
------------------------------------------------------------------x

**ORDER AUTHORIZING THE RETENTION OF MORRISON COHEN**
**LLP AS SPECIAL COUNSEL TO THE DEBTOR**
***NUNC PRO TUNC* TO THE PETITION DATE**

Upon the application (the "Application") of Amma421, LLC (the "Debtor") pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) for Authority to Retain Morrison Cohen LLP ("Morrison Cohen") as Special Counsel to the Debtor *Nunc Pro Tunc* to the Petition Date; and upon the declaration of Danielle Lesser, and attached to the Application as Exhibit B (the "Lesser Declaration"); and it appearing that Morrison Cohen does not represent or hold any interest adverse to the Debtor or to its estate with respect to the matters on which Boulbol is to be employed, as required by section 327(e) of title 11 of the United States Code (the "Bankruptcy Code"); it is

**ORDERED,** that the Application is granted as set forth herein; and it is further

**ORDERED,** that the retention of Morrison Cohen as special counsel for the Debtor to perform all of the services set forth in the Application on the terms set forth in the Application and the Lesser Declaration is hereby approved pursuant to section 327(e) of the Bankruptcy Code, *nunc pro tunc* to the Petition Date; and it is further

**ORDERED,** that the compensation to be paid to Morrison Cohen shall be subject to the approval of this Court upon notice and a hearing pursuant to sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules and such other procedures as may be fixed by order of this Court, for professional services rendered

and expenses incurred by Morrison Cohen; and it is further

**ORDERED,** that prior to any increases in Morrison Cohen's rates, Morrison Cohen shall file a supplemental affidavit with the Court and provide ten business days' notice to the Debtor, the United States Trustee and any official committee, which supplemental affidavit shall explain the basis for the requested rate increases in accordance with Section 330(a)(3)(F) of the Bankruptcy Code and state whether the Debtor has consented to the rate increase. The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code, and all rates and rate increases are subject to review by the Court; and it is further

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

**ORDERED**, that if there is any inconsistency between the terms of this Order, the Application, and the Lesser Declaration, the terms of this Order shall govern.

Dated:   New York, New York
             August___, 2021

                                                                  HONORABLE DAVID S. JONES
                                                                  UNITED STATES BANKRUPTCY JUDGE

**NO OBJECTION:**
Dated:   New York, New York
             August 30, 2021

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE  - REGION 2

By:    */s/ Paul Schwartzberg*
          Paul Schwartzberg, Esq.,
          Trial Attorney

2