**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**
Tracy L. Klestadt
Brendan M. Scott
Christopher Reilly
200 West 41st Street, 17th Floor
New York, New York 10036
Tel: (212) 972-3000
Fax: (212) 972-2245

*Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                 :     Chapter 11
                                                      :
AMMA421, LLC                                          :     Case No. 21-11333 (DSJ)
                                                      :
                                    Debtor.           :
---------------------------------------------------------------x

## DECLARATION OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1. I am over the age of 18, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP located at 200 West 41st Street, 17th Floor, New York, New York, 10036.

2. On the 30th day of August, 2021, I served copies of:

- Notice of Presentment of Debtor's Application to Retain Morrison Cohen, LLP as Special Counsel to the Debtor and Debtor-In-Possession Nunc Pro Tunc to the Petition Date [Case Dkt. No. 22];

- Application of Debtor Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) for Authority to Retain Morrison Cohen LLP as Special Counsel to the Debtor Nunc Pro Tunc to the Petition Date [Case Dkt. No. 21];

- Order Authorizing the Retention of Morrison Cohen LLP as Special Counsel to the Debtor Nunc Pro Tunc to the Petition Date [Case Dkt. No. 21-1];

- Declaration of Danielle C. Lesser in Support of Application of Debtor Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) for Authority to Retain Morrison Cohen as Special Counsel to the Debtor Nunc Pro Tunc to the Petition Date [Case Dkt. No. 21-2]; and

- Declaration of Paulette Cole in Support of Application for an Order Authorizing the Employment and Retention of Morrison Cohen LLP as Special Counsel to the Debtor and Debtor-In-Possession Nunc Pro Tunc to the Petition Date [Case Dkt. No. 21-3]

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon these parties listed on **Schedule A**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: August 30, 2021

                                                                                                     _/s/ Ana Feitosa_
                                                                                                       Ana Feitosa

## SCHEDULE A

880 Broadway Owner, LLC
C/O Columbia Property Trust
315 Park Ave. South
New York, NY 10010-3607

Social Security Administration
Regional Chief Counsel, Region II
26 Federal Plaza, Room 3904
New York, NY 10278-4199

880 Broadway Tenant, LLC
C/O Normandy Real Estate Partners
53 Maple Ave.
Morristown, NJ 07960-5219

880 Broadway Owner, LLC
C/O Normandy Real Estate Partners
53 Maple Ave.
Morristown, NJ 07960-5219

Cole Schotz P.C.
Michael D. Sirota & Rebecca Hollander
1325 Avenue Of The Americas, 19th Fl
New York, NY 10019-6079

A.B.C. Carpet Co., Inc.
888 Broadway
New York, NY 10003-1258

Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10004-1980

Columbia Property Trust
315 Park Avenue South
New York, NY 10010-3607

Loeb & Loeb LLP
345 Park Ave.
Attn: Raymond A. Sanseverino
New York, NY 10154-1895

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Nys Department Of Tax & Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

Morrison Cohen LLP
909 Third Ave.
Attn: Danielle Lesser
New York, NY 10020

Social Security Administration
Regional Chief Counsel, Region II
26 Federal Plaza, Room 3904
New York, NY 10278-4199

Pachamama21, LLC
888 Broadway
New York, NY 10003-1280

Office Of The United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014-7016

A.B.C. Home Furnishings, Inc.
888 Broadway
New York, NY 10003-1280

880 Broadway Tenant, LLC
C/O Columbia Property Trust
315 Park Ave. South
New York, NY 10010-3607

Kasowitz Benson Torres LLP
Attn: Albert Shemmy Mishaan
1633 Broadway
New York, NY 10019-6708

Paulette Cole
C/O Cole Schotz P.C.
1325 Avenue Of The Americas, 19th Floor
New York, NY 10019-6079
Attn: Michael D. Sirota, Esq. & Rebecca Hollander

NYC Dept. Of Finance
Office Of Legal Affairs
375 Pearl Street, 30th Fl.
New York, NY 10038-1442