# **Exhibit A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                              :
In re:                                        :    Chapter 11
                                              :
AMMA421, LLC                                  :    Case No. 21-11333 (DSJ)
                                              :
                    Debtor.                   :
                                              :
---------------------------------------------------------------- x

### ORDER, PURSUANT TO 11 U.S.C. § 502(b)(9), FED. R. BANKR. P. 2002 AND 3003(c)(3), AND LOCAL RULE 3003-1 (I) ESTABLISHING DEADLINE FOR FILING PROOFS OF CLAIM AND PROCEDURES RELATED THERETO AND (II) APPROVING FORM AND MANNER OF NOTICE THEREOF

Upon the motion (the "**Motion**") of Amma421, LLC  (the "**Debtor**"), as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Chapter 11 Case**"), for an order, pursuant to  11 U.S.C. §502(b)(9), Rules 2002 and 3003(c)(3) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 3003-1  of the Local Bankruptcy Rules for the Southern  District  of  New  York  (the "**Local  Rules**"), (I) establishing the deadline for filing proofs of claim and procedures relating thereto and (II) approving the form and manner of notice thereof; and it appearing that the relief requested is in the best interests of the Debtor, its estate, and creditors; and adequate notice having been given and no further notice being necessary; and after due deliberation and good and sufficient cause appearing therefor, it is hereby

**ORDERED** that the Motion is granted as provided herein; and it is further

**ORDERED** that the following procedures for filing Proofs of Claim with respect to the Debtor is approved:

(a)    Unless  otherwise  provided  herein,  the  General  Bar Date  shall  be **December 2, 2021 at 5:00 p.m. (Eastern Time)**.

(b)    Unless otherwise provided herein, the Governmental Bar

Date shall be **January 17, 2022 at 5:00 p.m. (Eastern Time)**.

(c)   Proofs of claim must conform substantially to Official Bankruptcy Form No. 410

(d)   Attorneys (with full access accounts) and employees of institutional creditors (with limited access accounts) should file proofs of claim electronically on the Court's Case Management/Electronic Case File ("CM/ECF") system. Those without accounts with the CM/ECF system may electronically create and file proofs of claim through the "File A Proof of Claim" link on the Court's website at www.nysb.uscourts.gov or by mailing or delivering the original proof of claim to the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004.

(e)   A Proof of Claim shall be deemed timely filed only if and when it is **actually received** by the Court as set forth in subparagraph (d) above on or before the applicable Bar Date.

(f)   Proofs of Claim must (i) be signed); (ii) include supporting documentation (if voluminous, attach a summary) or an explanation as to why documentation is not available; (iii) be in the English language; and (iv) be denominated in United States currency; and it is further

**ORDERED**, that the following persons or entities are not required to file a Proof of Claim on or before the Bar Date:

(a)   Any person or entity that has already filed a proof of claim against the Debtor in a form substantially similar to Official Bankruptcy Form No. 410;

(b)   Any person or entity whose claim is listed on the Schedules filed by the Debtor, provided that (i) the claim is not scheduled as "disputed", "contingent" or "unliquidated"; and (ii) the claimant does not disagree with the amount, nature and priority of the claim as set forth in the Schedules;

2

(c)     Any holder of a claim that heretofore has been allowed by Order of this Court;

(d)     Any person or entity whose claim has been paid in full by the Debtor;

(e)     Any holder of a claim for which specific deadlines have previously been fixed by this Court;

(f)     Any holder of a claim allowable under § 503(b) and § 507(a) (2) of the Bankruptcy Code as an expense of administration;

**ORDERED**, that any person or entity that holds a claim that arises from the rejection of an executory contract or unexpired lease, as to which the order authorizing such rejection is dated on or before the date of entry of this Order, must file a proof of claim based on such rejection on or before the Bar Date, and any person or entity that holds a claim that arises from the rejection of an executory contract or unexpired lease, as to which an order authorizing such rejection is dated after the date of entry of this Order, must file a proof of claim on or before such date as the Court may fix in the applicable order authorizing such rejection; and it is further

**ORDERED**, that holders of equity security interests in the Debtor need not file proofs of interest with respect to the ownership of such equity interests, provided, however, that if any such holder asserts a claim against the Debtor (including a claim relating to an equity interest or the purchase or sale of such equity interest), a proof of such claim must be filed on or prior to the Bar Date pursuant to the procedures set forth in this Order; and it is further

**ORDERED**, that if the Debtor amends or supplements the Schedules subsequent to the date hereof, the Debtor shall give notice of any amendment or supplement to the holders of claims affected thereby, and such holders shall be afforded thirty (30) days from the date of such notice to file proofs of claim in respect of their claims and shall be given notice of such deadline; and it is

further

**ORDERED**, that nothing in this Order shall prejudice the right of the Debtor or any other party in interest to dispute or assert offsets or defenses to any claim reflected in the Schedules; and it is further

**ORDERED**, that pursuant to Bankruptcy Rule 3003(c)(2), all holders of claims that fail to comply with this Order by timely filing a proof of claim in appropriate form shall not be treated as a creditor with respect to such claim for the purposes of voting and distribution; and itis further

**ORDERED**, that a copy of the notice substantially in the form annexed hereto is approved and shall be deemed adequate and sufficient if served by first-class mail at least thirty-five (35) days prior to the Bar Date on:

(a)    The United States Trustee;

(b)    Counsel to each official committee;

(c)    All persons or entities that have requested notice of the proceedings in the Chapter 11 case;

(d)    All persons or entities that have filed claims;

(e)    All creditors and other known holders of claims as of the date of this Order, including all persons or entities listed in the Schedules as holding claims;

(f)    All parties to executory contracts and unexpired leases of the Debtor;

(g)    All parties to litigation with the Debtor;

(h)    The Internal Revenue Service for the district in which the case is pending and, if

4

required by Bankruptcy Rule 2002(j), the Securities and Exchange Commission and any other required governmental units (a list of such agencies is available from the Office of the Clerk of the Court); and

(i)    Such additional persons and entities as deemed appropriate by the Debtor; and it is further

**ORDERED**, that pursuant to Bankruptcy Rule 2002(f), the Debtor shall publish notice of the Bar Date in substantially the form hereto as **Annex III** (the "**Publication Bar Date Notice**") once, in the national edition of The Wall Street Journal or The New York Times at least twenty-eight (28) days prior to the Bar Date, which publication is hereby approved and shall be deemed good, adequate and sufficient publication notice of the Bar Date; and it is further

**ORDERED**, that any person or entity who desires to rely on the Schedules will have the responsibility for determining that the claim is accurately listed in the Schedules; and it is further

**ORDERED** that the Debtor is authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order; and it is further

**ORDERED** that entry of this Order is without prejudice to the rights of the Debtor to seek a further order of this Court fixing a date by which any holders of claims or interests **not** subject to the Bar Dates established herein must file such claims or interests against the Debtor or be barred from doing so; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated:   New York, New York
         October___, 2021

_____

HONORABLE DAVID S. JONES
UNITED STATES BANKRUPTCY JUDGE

Annex"I"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                           :

In re:                               :     Chapter 11
                                          :

AMMA421, LLC                    :     Case No. 21-11333 (DSJ)
                                          :

                Debtor.         :
                                          :
------------------------------------------------------------------ x

## <u>NOTICE OF DEADLINE FOR FILING OF<br>PROOFS OF CLAIM</u>

On October___, 2021, the United States Bankruptcy Court for the Southern District of New York (the "**Court**"), having jurisdiction over the above-captioned chapter 11 case (the "**Chapter 11 Case**"), entered an order (the "**Bar Date Order**") with respect to Amma421, LLC (the "**Debtor**") establishing  (i) **December 2, 2021  at 5:00 p.m. (Eastern Time)** as the last date and time for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) but  not governmental units (as defined in section 101(27) of the Bankruptcy Code) ("**Governmental Units**") to file a proof of claim ("**Proof of Claim**") based upon prepetition claims against the Debtor (the  "**General Bar Date**"), and  (ii) **January 17, 2022  at  5:00  p.m.  (Eastern Time)** as the last date and time for each Governmental Unit to file a Proof of Claim based on prepetition claims against the Debtor (the "**Governmental Bar Date**," and, together with the General Bar Date, the "**Bar Dates**").

The Bar Date Order, the Bar Dates, and the procedures set forth below for filing Proofs of Claim apply to all claims against the Debtor that arose prior to July 21, 2021 (the "**Petition Date**").

1.      **WHO MUST FILE A PROOF OF CLAIM**

You **MUST** file a Proof of Claim to vote on a chapter 11 plan filed by the Debtor or to share in distributions from the Debtor's estate if you have a claim that arose prior to the applicable Petition Date with respect to the Debtor and it is not one of the types of claim described in Section 4 below. Claims based on acts or omissions of the Debtor that occurred prior to the applicable Petition Date for the Debtor must be filed on or prior to the applicable Bar Date, even if such claims are not now fixed, liquidated, or certain, or did not mature or become fixed, liquidated, or certain before the Petition Date.

Under section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured. Further, claims include unsecured claims, secured claims, and priority claims.

2.      **WHAT TO FILE**

Your proof of claim form must conform substantially to Official Bankruptcy Form No. 410; a proof of claim form accompanies this notice.

All proof of claim forms must be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in United States currency. You should attach to your completed proof of claim any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not available.

2

Your proof of claim form must not contain complete social security numbers or taxpayer identification numbers (only the last four digits), a complete birth date (only the year), the name of a minor (only the minor's initials), or a financial account number (only the last four digits of such financial account).

Additional proof of claim forms may be obtained at http://www.uscourts.gov/forms/bankruptcy-forms.

3.    **WHEN AND WHERE TO FILE**

Except as provided for herein, all proofs of claim must be filed so as to be received **on or before December 2, 2021.**

Attorneys (with full access accounts) and employees of institutional creditors (withlimited access accounts) should file proofs of claim electronically on the Court's Case Management/Electronic Case File (CM/ECF) system.

Those without accounts to the CM/ECF system may create and electronically file their proofs of claim through the "File A Proof of Claim" link on the Court's website, www.nysb.uscourts.gov,  or by mailing or delivering the original proof of claim to the Court at the address provided below:

> **United States Bankruptcy Court**
> **Southern District of New York,**
> **One Bowling Green, Room 614**
> **New York, New York 10004-1408**

Proofs of claim will be deemed filed only when received by the Bankruptcy Court on or before the Bar Date.  Proofs of claim may not be delivered by facsimile, telecopy or electronicmail transmission.

**4.    CLAIMS FOR WHICH PROOFS OF CLAIM NEED NOT BE FILED**

You need not file a Proof of Claim if:

(a)    Any claim that has already been asserted in a proof of claim against the Debtor with  the Clerk of the Bankruptcy Court for the Southern District  of New York in a form substantially similar to Official Bankruptcy Form No. 410;

(b)    Any claim that is listed on the Schedules filed by the Debtor, provided that (i) the claim is not scheduled as "disputed," "contingent," or "unliquidated" and (ii) the claimant does not disagree with the amount, nature and priority of the claim as set forth in the Schedules;

(c)    Any claim that previously been allowed by Order of the  Court;

(d)    Any claim that has been paid in full by the Debtor;

(e)    Any claim for which a different deadline has previously been fixed by this Court;

(f)    Any claim allowable under § 503(b) and § 507(a) (2) of the Bankruptcy Code as an expense of administration of the Debtor's estate;

If you are a holder of an equity interest in the Debtor, you need not file a proof of interest with respect to the ownership of such equity interest at this time. However, if you assert a claim against the Debtor, including a claim relating to such equity interest or the purchase or sale of such interest, a proof of such claim must be filed on or prior to the Bar Date pursuant to procedures set forth in this Notice.

This Notice is being sent to many persons and entities that have had some  relationship with or have done business with the Debtor but may not have an unpaid claim against the Debtor. The fact that you have received this Notice does not mean that you have a claim or that the Debtor or the Court believe that you have a claim  against the Debtor.

**5.      EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

If you hold a claim arising from the rejection of an executory contract or unexpired lease, you must file a Proof of Claim based on such rejection by the later of (i) the applicable Bar Date, and (ii) the date that is thirty (30) days following entry of an order approving the rejection of such executory contract or unexpired lease, or you will be forever barred from doing so.

Notwithstanding the foregoing, if you are a party to an executory contract or unexpired lease and you wish to assert a claim with respect to unpaid amounts accrued and outstanding as of the Petition Date for the Debtor pursuant to that executory contract or unexpired lease (other than a rejection damages claim), you must file a Proof of Claim for such amounts on or before the Bar Date unless an exception identified above applies.

**6.      CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE**

ANY HOLDER OF A CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THE BAR DATE ORDER, AS SET FORTH IN SECTION 4 ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSE OF VOTING ON ANY PLAN OF REORGANIZATION FILED IN THE CHAPTER 11 CASE, AND FROM PARTICIPATING IN ANY DISTRIBUTION IN THE CHAPTER 11 CASE ON ACCOUNT OF SUCH CLAIM.

7.      **THE DEBTOR'S SCHEDULES AND ACCESS THERETO, AND CONSEQUENCES OF AMENDMENT THEREOF**

You may be listed as the holder of a claim against the Debtor in the Debtor's Schedules of Assets and Liabilities or Statements of Financial Affairs (as may be amended) (collectively, the "**Schedules**").

As set forth above, if you agree with the nature, amount and status of your claim as listed in the Debtor's Schedules, and if you do not dispute that your claim is only against the Debtor specified by the Debtor, and if your claim is not described as "disputed," "contingent," or "unliquidated," you need not file a proof of claim. Otherwise, or if you decide to file a proof of claim, you must do so before the Bar Date in accordance with the procedures set forth in this Notice.

Copies of the Debtor's Schedules are available for inspection on the Court's Internet Website at http://www.nysb.uscourts.gov. A login and password to the Court's Public Access to Electronic Court Records ("**PACER**") are required to access this information and can be obtained through the PACER Service Center at http://www.pacer.gov. Copies of the Schedules may also be examined between the hours of 9:00 a.m. and 4:30 p.m., Monday through Friday at the Office of the Clerk of the Bankruptcy Court, One Bowling Green, Room 534, New York, New York 10004-1408. Copies of Debtor's Schedules may also be obtained by written or electronic request to Debtor's counsel at Klestadt Winters Jureller Southard & Stevens, LLP, 200 W. 41st Street, 17th Fl., New York, NY 10036, Attn: Tracy Klestadt or Christopher Reilly, email: tklestadt@klestadt.com, creilly@klestadt.com .

**A holder of a possible claim against the Debtor should consult an attorney if such holder has any questions regarding this Notice, including whether to file a Proof of Claim.**

Dated:   New York, New York
          October____, 2021

                                **BY ORDER OF THE COURT**

                                _____
                                HONORABLE DAVID S. JONES
                                UNITED STATES BANKRUPTCY JUDGE

**Annex"II"**

**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number _____

Official Form 410

# Proof of Claim

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Name of the current creditor (the person or entity to be paid for this claim) _____

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☐ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Name _____

Number        Street _____

City                    State              ZIP Code

Contact phone _____

Contact email _____

**Where should payments to the creditor be sent?** (if different)

Name _____

Number        Street _____

City                    State              ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**

☐ No
☐ Yes.  Claim number on court claims registry (if known) _____

Filed on _____
MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☐ No
☐ Yes.  Who made the earlier filing? _____

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
| --- | --- |

| 6. | **Do you have any number you use to identify the debtor?** | ☐ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____  ____  ____  ____ |
| --- | --- | --- |

| 7. | **How much is the claim?** | $_____. **Does this amount include interest or other charges?**<br>☐ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| --- | --- | --- |

| 8. | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_____ |
| --- | --- | --- |

| 9. | **Is all or part of the claim secured?** | ☐ No<br>☐ Yes.  The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**                          $_____<br>**Amount of the claim that is secured:**   $_____<br><br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**   $_____<br><br>**Annual Interest Rate** (when case was filed)_____%<br>☐ Fixed<br>☐ Variable |
| --- | --- | --- |

| 10. | **Is this claim based on a lease?** | ☐ No<br><br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____ |
| --- | --- | --- |

| 11. | **Is this claim subject to a right of setoff?** | ☐ No<br><br>☐ Yes. Identify the property: _____ |
| --- | --- | --- |

| | |
|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☐ Yes. *Check one:*    **Amount entitled to priority** |

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.    $_____

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _____
                  MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name  _____
      First name    Middle name    Last name

Title  _____

Company  _____
         Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  _____
         Number    Street

         _____
         City    State    ZIP Code

Contact phone  _____    Email  _____

Annex"III"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------ x
                                          :
In re:                                    :    Chapter 11
                                          :
AMMA421, LLC                              :    Case No. 21-11333 (DSJ)
                                          :
                        Debtor.           :
                                          :
------------------------------------------------------------------ x
```

## NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM

**To: All Persons and Entities with Claims Against Amma421, LLC (the "Chapter 11 Case"):**

On October__, 2021, the United States Bankruptcy Court for the Southern District of New York (the "**Court**"), having jurisdiction over the Chapter 11 Case, entered an order (the "**Bar Date Order**") with respect to Amma421, LLC (the "**Debtor**") establishing (i) **December 2, 2021 at 5:00 p.m. (Eastern Time)** as the last date and time for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) but not governmental units (as defined in section 101(27) of the Bankruptcy Code) ("**Governmental Units**") to file a proof of claim ("**Proof of Claim**") based upon prepetition claims against the Debtor (the "**General Bar Date**"), and (ii) **January 17, 2022 at 5:00 p.m. (Eastern Time)** as the last date and time for each Governmental Unit to file a Proof of Claim based on prepetition claims against the Debtor (the "**Governmental Bar Date**," and, together with the General Bar Date, the "**Bar Dates**").

The Bar Date Order, the Bar Dates, and the procedures set forth in the Bar Date Order for the filing of Proofs of Claim apply to all claims against the Debtor (other than those set forth in the Bar Date Order as being specifically excluded) that arose prior to July 21, 2021, (the "**Petition Date**") on which the Debtor commenced its case under chapter 11 of title 11 of the United States Code.

**You should consult an attorney if you have any questions, including whether you should file a Proof of Claim.**

All Proofs of Claim must: (i) be written in the English language; (ii) be denominated in lawful currency of the United States as of the Petition Date for the Debtor (using an exchange rate, if applicable, as of the Petition Date); (iii) conform to the Proof of Claim Form annexed to the Bar Date Order (Official Bankruptcy Form No. 410);(iv) set forth with specificity the legal and factual basis for the alleged claim; (v) include supporting documentation for the claim or an explanation as to why such documentation is not available; and (vi) be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

All Proofs of Claim must be filed (i) electronically by Attorneys (with full access accounts) and employees of institutional creditors (with limited access accounts) the Court's Case Management/Electronic Case File (CM/ECF) system, those without accounts to the CM/ECF

system may create and electronically file their proofs of claim through the "File A Proof of Claim" link on the Court's website, www.nysb.uscourts.gov, or (ii) by delivering the original Proof of Claim Form by hand, or mailing the original Proof of Claim Form on or before the Bar Date at the following address:

> **United States Bankruptcy Court**
> **Southern District of New York,**
> **One Bowling Green, Room 614**
> **New York, New York 10004-1408**

A Proof of Claim will be deemed timely filed only if and when it is **actually received** by the Court as set forth above, in each case, on or before the Bar Date. Proofs of Claim sent by facsimile, telecopy, or electronic mail transmission (other than Proofs of Claim filed electronically through the Electronic Filing System) **will not** be accepted.

**Any holder of a claim that is not excepted from the requirement of the Bar Date Order, and that fails to timely file a Proof of Claim in the appropriate form shall not be treated as a creditor with respect to such claim for the purpose of voting on any plan of reorganization filed in the Chapter 11 Case, and from participating in any distribution in the Chapter 11 Case on account of such claim.**

**For further details, to obtain a copy of the Bar Date Order or the Proof of Claim Form, or if you have any questions related to this Notice, please feel free to contact counsel to the Debtor at creilly@klestadt.com or via telephone at 212-972-3000.**